**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Lawrence Floyd Miller III

Appellate case number:   01-20-00537-CR

Trial court case number: 74039

Trial court:             412th District Court of Brazoria County

Date motion filed:       September 4, 2020

Party filing motion:     Relator


It is ordered that the motion for rehearing is **denied**.  *See* TEX. R. APP. P. 52.9.


Judge's signature: ____/s/ Sherry Radack_____
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Lloyd and Countiss.


Date:   ___October 15, 2020_____